IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CR-181-KDB-DCK *SEALED*

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>(1) VIACHESLAV ALEXANDROVICH )<br>    BASOVYCH )<br>    a/k/a "Concordo" )<br>(2) DAVID HELMAN )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** upon the United States' "Motion For The Limited Unsealing Of The Bill Of Indictment To Provide Information To Foreign Law Enforcement To Aid In The Apprehension Of The Defendant" (Document No. 7) filed August 2, 2022. For the reasons stated in the Government's Motion, the Motion will be granted.

**IT IS, THEREFORE, ORDERED** that the Bill of Indictment and the Arrest Warrant against Defendant Viacheslav Alexandrovich Basovych in this matter and the information contained within will be **UNSEALED** for the limited purpose of assisting domestic and foreign law enforcement, prosecutors, and judicial authorities with and in connection to the performance of their official duties, specifically the arrest and extradition of the defendant.

**SO ORDERED**.

Signed: August 2, 2022

*/s/ David C. Keesler*
David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.