UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22CR00181-KDB-DCK-1

UNITED STATES OF AMERICA,

    Plaintiff,

                                           ORDER

VIACHESLAV ALEXANDROVICH BASOVYCH,

    Defendant,

This **MATTER** is before the Court on its own Motion to administratively close the case as to **VIACHESLAV ALEXANDROVICH BASOVYCH**. The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is therefore **ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

                                                          Signed: August, 7 2023

                                                          Kenneth D. Bell
                                                          United States District Judge